UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONA MAHADEO,<br><br>                                Plaintiff,<br><br>                -against-<br><br>PUBLICIS HEALTH; RAZORFISH HEALTH; ALISON NEWELL,<br><br>                                Defendants. | 24-CV-9394 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

   Plaintiff, who is appearing *pro se*, brings this action alleging that her employer unlawfully discriminated against her. The Court dismisses the complaint for the following reason.

   Plaintiff has submitted to this court an identical complaint against the same defendants. That case is presently pending before the Court under docket number 24-CV-9582 (LTS).[1] As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, the Court dismisses this complaint without prejudice to Plaintiff's pending case under docket number 24-CV-9582 (LTS).

## CONCLUSION

   The Court dismisses the complaint as duplicative of No. 24-CV-9582 (LTS).

   The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

---

[1] On December 20, 2024, the Court issued an order in No. 24-CV-9582 (LTS) directing Plaintiff to either pay the $405.00 in fees required to bring a civil action in this court or submit an application to proceed *in forma pauperis*. ECF 1:24-CV-9582, 4.

The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated:   January 7, 2025
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge