UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONA MAHADEO,<br><br>                              Plaintiff,<br><br>-against-<br><br>PUBLICIS HEALTH; RAZORFISH HEALTH; ALISON NEWELL,<br><br>                            Defendants. | 24-cv-9394 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 07, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 13, 2025
           New York, New York

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                  Chief United States District Judge